**LOKER LAW, APC**
Elizabeth A. Wagner (317098)
elizabeth@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 392-3494

*Attorney for Plaintiff,*
Norman Asis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMAN ASIS,**<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>**MONEYLION, INC.,**<br><br>　　　　Defendant(s). | **Case No.:** 5:23-CV-01197 JGB (MRW)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT MONEYLION, INC.**<br><br>**HON. JESUS G. BERNAL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff NORMAN ASIS ("Plaintiff") and Defendant MONEYLION, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Moneylion, Inc. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Moneylion, Inc. be vacated.

Date: September 25, 2023                      **LOKER LAW, APC**

                     BY:     /S/ ELIZABETH A. WAGNER
                              ELIZABETH A. WAGNER, ESQ.
                              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Moneylion, Inc.* has been submitted on September 25, 2023 to all defense counsel of record via e-mail and U.S. Mail.

   /s/ Elizabeth A. Wagner  
Elizabeth A. Wagner, Esq.

CASE NO.: 5:23-CV-01197 JGB (MRW)            *Asis v. Moneylion, Inc.*
**PROOF OF SERVICE**